AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cummings, Samuel R. | U.S. District Court Northern District of Texas | 5-10-10 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | Nomination, Date ☐   Initial ☐   Annual ☑   Final ☐ <br> 5b. ☐ Amended Report | 1-1-09 to 12-31-09 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1205 Texas Ave. Room C-210 Lubbock, Texas 79401 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 5-10-10 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 5-10-10 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 5-10-10 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Money market Savings Wells Fargo Bank | B | int. | M | T | | | | | |
| 2. CD - Wells Fargo Bank | F | int. | P₁ | T | | | | | |
| 3. Oil + Gas Royalty and working interests : | | | | | | | | | |
| 4. — Dynegy (Targo) midstream Service | B | royalties | J | W | | | | | |
| 5. — Roy Furr Estate - operator | B | " | J | W | | | | | |
| 6. Wells Fargo Brokerage account : | | | | | | | | | |
| 7. — CD - Bank of Daingerfield TX | B | int. | K | T | redeemed | 8-19-09 | K | | proceeds to purchase other brokerage CD's |
| 8. — CD - Provincial Bank Lakerville MN | B | int. | K | T | " | 5-4-09 | K | | " |
| 9. — CD - First Choice Cmty Bank - Newnan, Ga | B | int. | L | T | " | 2-13-09 | L | | " |
| 10. — CD - Enterprise Bank + Trust - Clayton, Mo | B | int. | L | T | " | 3-16-09 | L | | " |
| 11. — CD - Omni Nat. Bank Atlanta Ga | B | int. | K | T | " | 4-3-09 | H | | " |
| 12. — CD - Bk of Florida SE Ft. Lauderdale FL | B | int. | L | T | " | 5-22-09 | L | | " |
| 13. — CD - Tristone Cty Bk Winston Salem NC | C | int. | L | T | " | 7-13-09 | L | | " |
| 14. — CD - Sec. Bank Gwinnett Co - Suwanee GA | B | int. | L | T | " | 7-20-09 | L | | " |
| 15. — CD - Millenium Bank Edwards, Co | C | int. | L | T | " | 7-30-09 | L | | " |
| 16. — CD - Banco Popular NA New York NY | B | int. | L | T | " | 10-30-09 | L | | " |
| 17. — CD - Patterson Bank Patterson GA | B | int. | K | T | " | 12-4-09 | K | | " |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R | 5-10-10 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. — CD - First Merchants Bk CNTL IN, Anderson IN | A | int. | J | T | | | | | |
| 2. — CD - Live Oak Banking Co – Wilmington NC | C | int. | M | T | | | | | |
| 3. — CD - Patriot Bank Houston, Tx | D | int. | M | T | | | | | |
| 4. — CD - Select Bk + Tr Co Greenville NC | B | int. | K | T | | | | | |
| 5. — CD - Venture Bank Lacey, WA | C | int. | L | T | redeemed | 9-15-09 | L | | Proceeds to purchase other brokerage CD's |
| 6. — CD - Key Bank NA Cleveland OH | C | int. | L | T | | | | | |
| 7. — CD - Key Bank NA Cleveland, OH | D | int. | M | T | | | | | |
| 8. — CD - Summit Cmnty Bank - Moorefield, WV | C | int. | L | T | | | | | |
| 9. — CD - Morgan Stanley Bank- Salt Lake City, UT | B | int. | K | T | CD purchased | 1-6-09 | K | | ← Ten Com |
| 10. — CD - INvestors Comm Bank Manitonoc, WI | B | int. | K | T | " | 2-7-09 | K | | " |
| 11. — CD - 1st Advt. Bank St. Peters, Mo | B | int. | L | T | " | 3-24-09 | L | | " |
| 12. — CD - Bank of America Charlotte NC | A | int. | K | T | " | 4-2-09 | K | | " |
| 13. — CD - Freedom Bank Columbia Fall, MT | A | int. | K | T | " | 4-13-09 | K | | " |
| 14. — CD - Gulf Coast Bank + Tr New Orleans, LA | B | int. | K | T | " | 5-8-09 | K | | " |
| 15. — CD - American Premier Bk Arcadia, Ca | B | int. | L | T | " | 5-29-09 | L | | " |
| 16. — CD - First State Bank Buxton, NW | B | int. | L | T | " | 7-27-09 | L | | " |
| 17. — CD - Mason St. Bank MASON, MI | C | int. | L | T | " | 7-27-09 | L | | " |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                                         P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment    T =Cash Market
   (See Column C2)            U =Book Value            V =Other                 W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R | 5-10-10 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. — CD- Morton Comm. BK Morton, IL. | C | int. | L | T | CD purchased | 8-10-09 | L | | ▓▓▓▓▓ TenCom |
| 2. — CD- Citizens St. BK Clayton, WI | B | int. | K | T | " | 8-18-09 | K | | " |
| 3. — CD- National Republic BK Chicago, ILL | b | int. | L | T | " | 9-8-09 | L | | " |
| 4. — CD- Bank of North Carolina Thomasville nc | B | int. | K | T | " | 11-13-09 | K | | " |
| 5. — CD- Provincial Fnl BK Clayton, Mo | B | int. | K | T | " | 12-9-09 | K | | " |
| 6. Wells Fargo Retirement Brokerage Account : | | | | | | | | | |
| 7. — CD- Pinnacle Bank of Orange City, FL | A | int. | M | T | redeemed | 10-30-09 | M | | proceeds to purchase other brokerage CD's |
| 8. — CD- American Chartered Bk - Schaumburg, IL | B | int. | M | T | " | 11-05-09 | M | | " |
| 9. — CD- Capital One Bk Glen Allen VA | B | int. | M | T | " | 11-05-09 | M | | " |
| 10. — CD- Morgan Stanley Bank - Salt Lake City UT | B | int. | M | T | " | 12-31-09 | M | | " |
| 11. — CD- Bank of Commerce West Dale IL | B | int. | M | T | | | | | |
| 12. — CD- Bank of North Carolina Thomasville, NC | B | int. | M | T | CD purchased | 11-12-09 | M | | Wells Fargo Bank IRA C/F ▓▓▓▓▓ |
| 13. — CD- Discover Bank Greenwood, DE | B | int. | M | T | " | 11-12-09 | M | | " |
| 14. — CD- First Bank Highland Park - Highland Park, IL | B | int. | M | T | " | 11-12-09 | M | | " |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 5-10-10 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report.)*

NONE

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 5-10-10 |

| Name of Person Reporting | Date of Report |
|---|---|
| *Cummings, Samuel R.* | *5-10-10* |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544